NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
ALEXANDRA MICHAEL
Assistant United States Attorney
501 Las Vegas Blvd., South, Ste. 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-6418
Alexandra.m.michael@usdoj.gov

*Representing the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br>JOSE BUENROSTRO,<br><br>            Defendant. | Case No. 2:17-cr-00267-APG-GWF<br><br>**STIPULATION TO CONTINUE GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS**<br>*(Second Request)* |

IT IS HEREBY STIPULATED AND AGREED, by and between, the United States of America, through the undersigned, together with Crane Pomerantz, Esq., counsel for defendant JOSE BUENROSTRO, that the Government's Response to Defendant's Motion to Suppress currently due on March 29, 2019, be vacated and continued until April 3, 2019.

This stipulation is entered for the following reasons:

1. The government needs additional time to research and review Defendant's Motion to Suppress and file a response.

2. The parties agree to the continuance.

3. The defendant is currently in custody and agrees to the continuance.

4. For the reasons stated above, the ends of justice would best be served by a continuance of the government's response deadline.

1

5. The additional time requested by this stipulation is made in good faith and not for purposes of delay.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

7. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(D) and 3161(h)(7) and Title 18, United States Code, Section 3161(h)(7)(A) when considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B), 3161(h)(7)(B)(i), and 3161(h)(7)(B)(iv).

8. This is the second request for a continuance filed herein.

Dated this 29th day of March, 2019

NICHOLAS A. TRUTANICH
United States Attorney

| /s/ | /s/ |
|---|---|
| ALEXANDRA MICHAEL | CRANE POMERANTZ |
| Assistant United States Attorney | Counsel for Defendant JOSE BUENROSTRO |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>JOSE BUENROSTRO,<br><br>            Defendant. | Case No. 2:17-cr-00267-APG-GWF<br><br>**ORDER GRANTING STIPULATION TO CONTINUE GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS**<br><br>*(Second Request)* |

## FINDING OF FACTS

This stipulation is entered for the following reasons:

1. The government needs additional time to research and review Defendant's Motion to Suppress and file a response.

2. The parties agree to the continuance.

3. The defendant is currently in custody and agrees to the continuance.

4. For the reasons stated above, the ends of justice would best be served by a continuance of the government's response deadline.

5. The additional time requested by this stipulation is made in good faith and not for purposes of delay.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

7. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(D) and 3161(h)(7) and Title 18, United States Code, Section 3161(h)(7)(A) when considering the

factors under Title 18, United States Code, Sections 3161(h)(7)(B), 3161(h)(7)(B)(i), and 3161(h)(7)(B)(iv).

8. This is the second request for a continuance filed herein.

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that Government's Response to Defendant's Motion to Suppress, currently set for March 29, 2019, be vacated and continued until _____April 3_____, 2019.

_____George Foley Jr._____
UNITED STATES MAGISTRATE JUDGE