NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
ALEXANDRA MICHAEL
Assistant United States Attorney
501 Las Vegas Blvd., South, Ste. 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-6418
Alexandra.m.michael@usdoj.gov

*Representing the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JOSE BUENROSTRO,<br><br>　　　　　Defendant. | Case No. 2:17-cr-00267-APG-GWF<br><br>**STIPULATION TO CONTINUE EVIDENTIARY HEARING ON DEFENDANT'S MOTION TO SUPPRESS**<br>*(Third Request)* |

IT IS HEREBY STIPULATED AND AGREED, by and between, the United States of America, through the undersigned, together with Crane Pomerantz, Esq., counsel for defendant JOSE BUENROSTRO, that the Evidentiary Hearing on Defendant's Motion to Suppress currently set for May 15, 2019 at 9:30 a.m. be vacated and continued until May 29, 2019.

This stipulation is entered for the following reasons:

1. An essential witness for the evidentiary hearing, retired DEA Agent Mabey, will be out of the state from May 12, 2019 – May 27, 2019 and thus is unavailable for the current setting.

2. The parties agree to the continuance.

3. The defendant is currently in custody and agrees to the continuance.

1

4. For the reasons stated above, the ends of justice would best be served by a continuance of the government's response deadline and evidentiary hearing.

5. The additional time requested by this stipulation is made in good faith and not for purposes of delay.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

7. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(D) and 3161(h)(7) and Title 18, United States Code, Section 3161(h)(7)(A) when considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B), 3161(h)(7)(B)(i), and 3161(h)(7)(B)(iv).

8. This is the third request for a continuance.

Dated this 14th day of May, 2019

NICHOLAS A. TRUTANICH
United States Attorney

_____/s/_____          _____/s/_____
ALEXANDRA MICHAEL                          CRANE POMERANTZ
Assistant United States Attorney           Counsel for Defendant JOSE BUENROSTRO

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      vs.<br><br>JOSE BUENROSTRO,<br><br>             Defendant. | Case No. 2:17-cr-00267-APG-GWF<br><br>**ORDER GRANTING STIPULATION TO CONTINUE EVIDENTIARY HEARING ON DEFENDANT'S MOTION TO SUPPRESS** |

### FINDING OF FACTS

This stipulation is entered for the following reasons:

1. An essential witness for the evidentiary hearing, retired DEA Agent Mabey, will be out of the state from May 12, 2019 – May 27, 2019 and thus is unavailable for the current setting.

2. The parties agree to the continuance.

3. The defendant is currently in custody and agrees to the continuance.

4. For the reasons stated above, the ends of justice would best be served by a continuance of the government's response deadline and evidentiary hearing.

5. The additional time requested by this stipulation is made in good faith and not for purposes of delay.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

7. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(D) and 3161(h)(7)

and Title 18, United States Code, Section 3161(h)(7)(A) when considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B), 3161(h)(7)(B)(i), and 3161(h)(7)(B)(iv).

8. This is the third request for a continuance.

## ORDER

Based on the pending Stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that the Evidentiary Hearing for Defendant's Motion to Suppress, currently set for May 15, 2019 at 9:30 a.m., be vacated and continued until _May 29_, 2019 at 9:30 A.M.

_____
UNITED STATES MAGISTRATE JUDGE