# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-00267-APG-GWF |
|---|---|
| Plaintiff, | **ORDER ACCEPTING FINDINGS AND RECOMMENDATION AND DENYING MOTION TO SUPPRESS** |
| v. | |
| JOSE BUENROSTRO, | [ECF Nos. 45, 70] |
| Defendant. | |

Defendant Jose Buenrostro filed a motion to suppress physical evidence seized by, and statements he made to, law enforcement officers. ECF No. 45. After conducting an evidentiary hearing, Magistrate Judge Foley entered his Findings and Recommendation recommending that the motion to suppress be denied. ECF No. 170. Mr. Buenrostro filed an objection to which the Government responded. Pursuant to Local Rule IB 3-2(b), I have conducted a *de novo* review of the motion to suppress and related papers. I agree with Judge Foley's analysis and adopt it as my own.

IT IS HEREBY ORDERED that Magistrate Judge Foley's Findings and Recommendation **(ECF No. 70) is accepted**. Mr. Buenrostro's motion to suppress **(ECF No. 45) is denied.**

Dated: July 24, 2019.

ANDREW P. GORDON  
UNITED STATES DISTRICT JUDGE