Crane M. Pomerantz, Esq.
Nevada Bar No.: 14103
SKLAR WILLIAMS PLLC
410 South Rampart Boulevard
Las Vegas, Nevada 89145
Telephone: (702) 360-6000
Facsimile: (702) 360-0000

*Attorneys for Defendant Buenrostro*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **United States of America**, | Case No. 2:17-cr-267-APG-EJY |
| Plaintiff, | **Stipulation and Order to Continue Sentencing Hearing** |
| v. | |
| **Jose Buenrostro,** | |
| Defendant. | |

Defendant Jose Buenrostro and the United States, by and through the undersigned, hereby agree and stipulate, and request an Order from this Court upon such stipulation and agreement, that the sentencing hearing in this matter, currently scheduled for December 20, 2019 at 2:00 pm, should be continued to the last week of January or first week of February, 2020, at a day and time convenient to the Court, as follows:

1. Sentencing in this matter originally was scheduled for December 12, 2019. On December 3, 2019, the Court granted a stipulation to continue sentencing until December 20, 2019 (ECF No. 87). The Defendant sought that continuance to ensure counsel would have

sufficient time to prepare a fulsome sentencing memorandum to address a slightly delayed revised Presentence Investigation Report (the "PSR") and meet with the Defendant to discuss it.

2. Undersigned counsel met with Mr. Buenrostro earlier today to go through the most recent draft of the Sentencing Memorandum.

3. A number of family members made special plans to travel to Las Vegas to attend Mr. Buenrostro's sentencing on December 12, 2019. Given the distance they are traveling, the cost of traveling, and the time necessary to take off from work (several had been approved for leave on December 12, 2019), they will be unable to travel to Las Vegas on December 20, 2019. Their presence at sentencing is extremely important to Mr. Buenrostro and one or more may seek to speak on his behalf.

4. A continuance until late January or early February 2020 will allow those traveling to re-calibrate their travel schedules.

5. Mr. Buenrostro is in custody, but does not object to this continuance.

6. This is the parties' second stipulation to continue the sentencing hearing. The stipulation between the parties is entered into not for purposes of delay, but to accommodate the travel schedules of family members who seek to attend the sentencing hearing.

Dated this 9th day of December, 2019

NICHOLAS TRUTANICH
United States Attorney

| */ s / Chris Burton* | */ s / Crane Pomerantz* |
|---|---|
| CHRISTOPHER BURTON<br>Assistant United States Attorney | CRANE M. POMERANTZ<br>Nevada Bar No.: 14103<br>410 South Rampart Boulevard<br>Las Vegas, Nevada 89145<br><br>*Counsel for Defendant Buenrostro* |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

**United States of America**,

    Plaintiff,

v.

**Jose Buenrostro,**

    Defendant.

Case No. 2:17-cr-267-APG-EJY

**Order**

The Court, having considered the above stipulation of the parties, and good cause appearing, finds as follows:

1. Sentencing in this matter originally was scheduled for December 12, 2019. On December 3, 2019, the Court granted a stipulation to continue sentencing until December 20, 2019 (ECF No. 87). The Defendant sought that continuance to ensure counsel would have sufficient time to prepare a fulsome sentencing memorandum to address a slightly delayed revised Presentence Investigation Report (the "PSR") and meet with the Defendant to discuss it.

2. Undersigned counsel met with Mr. Buenrostro earlier today to go through the most recent draft of the Sentencing Memorandum.

3. A number of family members made special plans to travel to Las Vegas to attend Mr. Buenrostro's sentencing on December 12, 2019. Given the distance they are traveling, the cost of traveling, and the time necessary to take off from work (several had been approved for leave on December 12, 2019), they will be unable to travel to Las Vegas on December 20, 2019. Their presence at sentencing is extremely important to Mr. Buenrostro and one or more may seek to speak on his behalf.

4. A continuance until late January or early February 2020 will allow those traveling to re-calibrate their travel schedules.

5. Mr. Buenrostro is in custody, but does not object to this continuance.

6. This is the parties' second stipulation to continue the sentencing hearing. The stipulation between the parties is entered into not for purposes of delay, but to accommodate the travel schedules of family members who seek to attend the sentencing hearing.

IT IS HEREBY ORDERED that the sentencing hearing in this matter, currently scheduled for December 20, 2019 at 2:00 p.m., shall be continued until January 31, 2020 at 9:30 a.m. in Courtroom 6C.

IT IS SO ORDERED this 10th day of December, 2019.

_____
Andrew P. Gordon
United States District Court Judge